JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZENITH INSURANCE CO., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEERE & COMPANY,<br><br>Defendant. | CASE NO. 2:18-cv-06084-R-JCx<br><br>**ORDER RE DISMISSAL**<br><br>Hon. R. Gary Klausner<br><br>Trial Date: November 26, 2019 |

Based upon the stipulation of the parties filed November 22, 2019:

**IT IS HEREBY ORDERED** that this action is dismissed **without** prejudice, with each party bearing its own costs and attorneys' fees, with the Court reserving jurisdiction to enforce the parties' settlement if needed; provided, however that if any party hereto shall certify to this court, within forty-five (45) days of this order, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order of dismissal shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial. If said

certification does not occur within forty-five (45) days of this order, the dismissal of this action shall be **with** prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 25, 2019

*Gary Klausner*
R. Gary Klausner
United States District Judge

# PROOF OF SERVICE

**Zenith Ins. Co. v. Deere & Company**
**USDC (Central District) Case No. 2:18-cv-06084-R-JCx**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On November 22, 2019, I served true copies of the following document(s) described as on the interested parties in this action as follows: **PROPOSED ORDER RE STIPULATION TO DISMISS**

| Jeffrey J. Williams, Esq.<br>**CHERNOW & LIEB**<br>21255 Califa St.<br>Woodland Hills, CA 91367 | Attorneys for Plaintiff ZENITH INSURANCE COMPANY<br><br>T: (818) 592-3841<br>Email: iwilliams2@thezenith.com |
|---|---|

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2019, at Los Angeles, California.

                    s/Alicia McMaster
                    Alicia M. McMaster